IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. Jose Alfredo Zapata

    Defendant.

## MINUTE ORDER

| | |
|---|---|
| Pursuant to the directions of Magistrate Judge Boyd N. Boland: | Tracey Lee, Deputy Clerk<br>March 15, 2006 |

The [616] MOTION to allow testimony by phone, for the hearing on March 17, 2006 at 10:00am: re Jose Alfredo Zapata, is DENIED.