**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 04-cr-00403-LTB

UNITED STATES OF AMERICA,

  Plaintiff,

v.

5. JOSE ALFREDO ZAPATA,

  Defendant.

_____

**ORDER**
_____

Upon Defendant Jose Alfredo Zapata's pro se Application for Suspension of Deportation from the United States (Doc 1383 - filed March 31, 2008) and Motion for Stay of Deportation from the United States of America (Doc 1384 - filed March 31, 2008), it is

ORDERED that the motions are DENIED FOR LACK OF JURISDICTION.

          BY THE COURT:

           s/Lewis T. Babcock
          Lewis T. Babcock, Judge

DATED: April 2, 2008